UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GINA E. SCRAMUZZA | CIVIL ACTION |
| VERSUS | NO. 17-5713 |
| FREDRICK BOUTTE, WARDEN | SECTION "I"(2) |

**O R D E R**

The court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Gina Elizabeth Scramuzza, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Gina E. Scramuzza for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE** as time-barred.

New Orleans, Louisiana, this 22nd day of March, 2018.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE